# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 21, 2015

## NO. 03-15-00107-CV

**Suzanna Eckchum a/k/a Susan Eckhert, Appellant**

**v.**

**The State of Texas for the Protection of Hal Ketchum, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the trial court on January 22, 2015. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-15-00270-CV. Therefore, the Court consolidates these causes, transfers all the records and filings in this cause number to 03-15-00270-CV and dismisses cause number 03-15-00107-CV. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.